# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

MOHAMMAD AL-ABBASY,

        Petitioner,

vs.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Respondent.

No.  C26-104-LTS-KEM

**MEMORANDUM
OPINION AND ORDER**

Petitioner Mohammad Al-Abbasy is a native and citizen of Iraq.  Doc. 10-2 at ¶ 11.  An immigration judge ordered him removed from the United States on August 13, 2025.  On May 1, 2026, he filed a pro se petition (Doc. 2) for a writ of habeas corpus under 28 U.S.C. § 2241 and a motion (Doc. 1) for leave to proceed in forma pauperis. In an initial review order (Doc. 3), I directed Al-Abbasy to amend his motion to proceed in forma pauperis or pay the $5.00 filing fee, and directed Respondent to respond to the petition.  I also entered an order (Doc. 7) appointing the Office of the Federal Public Defender for the Districts of Iowa to represent Al-Abbasy.

Respondent represents that Al-Abbasy was deported to Iraq on May 5, 2026.  Doc. 10-2 at ¶ 14.  Al-Abbasy's appointed counsel cannot verify his deportation but does acknowledge that he is no longer in Department of Homeland Security custody and that it appears Al-Abbasy has been removed.  Doc. 11.  As Al-Abbasy appears to no longer be in Department of Homeland Security custody, the parties agree that Al-Abbasy's petition is moot.  *See Estrada-Heredia v. Holder*, No. 12-cv-1157, 2012 WL 4839113,

at *2 (D. Minn. Sept. 25, 2012), *report and recommendation adopted*, 2012 WL 4839019 (D. Minn. Oct. 11, 2012).[1]

For the reasons set forth above, Mohammad Al Abbasy's motion (Doc. 1) for leave to proceed in forma pauperis is **denied** and his petition (Doc. 2) for a writ of habeas corpus is **denied as moot**.

**IT IS SO ORDERED** this 8th day of June, 2026.

_____
Leonard T. Strand
United States District Judge

---

[1] Because it appears that Al-Abbasy has been deported, I assume he will be unable to amend his motion to proceed in forma pauperis or pay the filing fee. His motion to proceed in forma pauperis therefore will be denied. In addition, the order appointing counsel directed Al-Abbasy's counsel to assist him in completing a financial affidavit attesting to his eligibility for representation. Doc. 7 at 2 n.1. Because Al-Abbasy was deported before his counsel's appointment, there has been no opportunity to submit a financial affidavit. Doc. 11 at 2 n.1. However, the information contained in the motion to proceed in forma pauperis is sufficient to support a finding that Al-Abbasy qualifies for the appointment of counsel. As such, no further action by Al-Abbasy's counsel is necessary.

2